UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          -v-<br><br>ISRAEL TORRES,<br><br>                                        Defendant. | 15-CR-877 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On August 18, 2021, the Court received a letter from Israel Torres requesting a status update on his *pro se* compassionate release motion that he states he filed in "April/May 2021." Dkt. 333. The Court has not, however, received such a motion. Mr. Torres is, however, welcome to file a compassionate release with the Court.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: August 19, 2021
　　　　New York, New York