UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ISRAEL TORRES,

                Defendant.

15-CR-877-01 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On September 27, 2016, defendant Israel Torres was sentenced principally to a term of imprisonment of 130 months. Dkt. 131.

On February 16, 2024, Torres filed a *pro se* motion requesting that the Court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline, which went into effect on November 1, 2023 and applies retroactively. Dkt. 340. The United States Probation Department has issued a report indicating that Torres is not eligible for a sentence reduction. Dkt. 343.

The Court has considered the record in this case, and the submissions on this motion of the defendant, Dkt. 340, and the Probation Department, Dkt. 343.

The Court finds that Torres is ineligible for a reduction of sentence because, as explained by the Probation Department, he does not meet the eligibility criteria of Amendment 821. The Court therefore denies Torres's motion.

The Clerk of Court is requested to terminate the motion at Dkt. 340 and to mail a copy of this order to Torres at the below address:

Israel Torres
72712-054
USP Atwater
P.O. Box 019001
Atwater, CA 95301

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: March 6, 2024
       New York, New York

2